UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HUGO SANCHEZ BAZALDUA,

Petitioner,

v.

PAMELA BONDI, Attorney General,

Respondent.

No. 22-1744

Agency No.
A215-873-611

ORDER

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

The stay of proceedings is lifted and the motion (Docket Entry No. 15) to dismiss this petition for lack of jurisdiction is denied. *See Wilkinson v. Garland*, 601 U.S. 209, 222 (2024) (application of the exceptional and extremely unusual hardship standard to found facts is a reviewable mixed question of law and fact). The parties may address the jurisdictional issue in their briefs. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The supplemented motion (Docket Entry Nos. 2, 14) to stay removal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011). The stay of removal remains in place until the mandate issues.

The court, in its discretion, denies the motion (Docket Entry No. 4) for

appointment of pro bono counsel.

The opening brief is due May 27, 2025. The answering brief is due July 28, 2025. The optional reply brief is due within 21 days after service of the answering brief.